IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KEVIN SCOTT HOLMES, § | |
| TDCJ-CID No. 1880604, § | |
|     Petitioner, § | |
| § | |
| v. § | Civil Action No. 1:15-CV-95 |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
|     Respondent. § | |

**RESPONDENT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

While the Director agrees with the Magistrate Judge's ultimate recommendation to deny the petition for writ of habeas corpus, the Director must object to those findings and conclusions with which she disagrees. *See Douglass v. United Services Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996). Otherwise, she will be barred from challenging the same on appeal. *Id*. The Director objects to the Magistrate Judge's failure to find that the petition is time-barred. ECF 12. Holmes's claims are over three months late, as argued by the Director in her answer. ECF 11, at 3-6. Consequently, this objection is made in an abundance of caution to perfect the record for appeal.

                                                              Respectfully submitted,

                                                              KEN PAXTON
                                                              Attorney General of Texas

                                                              JEFFREY C. MATEER
                                                              First Assistant Attorney General

|  |  |
|---|---|
|  | ADRIENNE McFARLAND<br>Deputy Attorney General<br>for Criminal Justice |
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Lead Counsel | /s/ Jessica Manojlovich<br>JESSICA MANOJLOVICH*<br>Assistant Attorney General<br>State Bar No. 24055632 |
|  | P. O. Box 12548, Capitol Station<br>Austin, Texas  78711<br>(512) 936-1400<br>(512) 936-1280 (FAX) |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading will be served by placing the same in the United States Mail, postage prepaid, on the 30th day of March, 2017, addressed to:

Kevin Scott Holmes
TDCJ-CID No. 1880604
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General